**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

WESLEY WOODS,

                Plaintiff,

  v.                                                    9:14-cv-996
                                                          (TJM/DJS)
SUPERINTENDENT MILLER, et al.,

                Defendants.

**Thomas J. McAvoy, SR. U.S.D.J.**

## DECISION and ORDER

The Court referred this action alleging constitutional violations by prison officers, brought pursuant to 42 U.S.C. § 1983, to the Hon. Daniel J. Stewart, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. The Report-Recommendation, dated August 1, 2017, recommends that the Court grant Defendants' motion for summary judgment and dismiss the action.

Plaintiff did not file objections to the Report-Recommendation and the time for filing such objections has passed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice and the Court will adopt the Report-Recommendation.

Accordingly:

The Report-Recommendation, dkt. # 56, is hereby ADOPTED. The Defendants'

1

motion for summary judgment, dkt. # 48, is hereby GRANTED. The Clerk of Court is directed to CLOSE the case.

**IT IS SO ORDERED**

Dated: September 18, 2017

Thomas J. McAvoy
Senior, U.S. District Judge